UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAT ATKINSON,

                Plaintiff,

v.

GENEVA LANGWORTHY,

                Defendant.

CASE NO. C20-0095-MJP

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS BUT RECOMMENDING REVIEW

      Because defendant does not appear to have funds available to afford the $400.00 filing fee, she financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, defendant's IFP application (Dkt. 1) is GRANTED. However, because this matter does not appear to be properly removed to federal court, the undersigned recommends review. The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

      DATED this 22nd day of January, 2020.

                                          Mary Alice Theiler
                                          United States Magistrate Judge

ORDER RE: IFP APPLICATION
PAGE - 1